# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CIVIL ACTION NO. 1:18-CV-1556** |
| **Plaintiff** | : | |
| | : | **(Chief Judge Conner)** |
| v. | : | |
| **JEFFREY E. STRAWSER,** | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 25th day of June, 2019, upon consideration of Plaintiff's Motion (Doc. 15) for Confirmation of Public Sale, which states that notice has been given to all lien holders of record and no objection has been made to the sale within the thirty (30) day period, it is hereby ORDERED as follows:

1. That the public sale held on April 18, 2019, is hereby confirmed and the interest of all lien holders are divested.

2. That the Marshal is ordered and directed to execute and deliver to BP REAL ESTATE INVESTMENT GROUP LP, their successors and assigns ("Purchaser"), a good and sufficient deed, conveying all the right, title and interest of JEFFREY E. STRAWSER in and to the premises sold located at 214 Ginger Lane f/k/a 125 Ginger Lane, Mifflintown, PA 17059.

3. The Deed shall be recorded by the Purchaser within thirty (30) days of its delivery to the Purchaser by the Marshal. The Purchaser is solely responsible for payment of all recording charges and expenses.

4. That jurisdiction is retained for such further orders or decrees as may be necessary.

                                              /S/ CHRISTOPHER C. CONNER
                                              Christopher C. Conner, Chief Judge
                                              United States District Court
                                              Middle District of Pennsylvania